IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN NATHAN and PATRICIA
NATHAN, Individually and as Parents
and Next Friends of J.N., a minor                              PLAINTIFFS

v.                         No. 4:25-cv-751-DPM

NORTH LITTLE ROCK SCHOOL
DISTRICT, Center of Excellence                                 DEFENDANT

## ORDER

Jonathan and Patricia Nathan sued North Little Rock School District on behalf of their minor child, J.N. One of their claims is that the District violated the Individuals with Disabilities Education Act (IDEA). *Doc. 2 at 4.* The District moves to dismiss this claim, because the Nathans didn't file an IDEA due process complaint, request a due process hearing, or engage in the exhaustion procedures under the IDEA. 20 U.S.C. § 1415(f). This Court agrees. Count III of the Nathans' complaint is dismissed. *Luna Perez v. Sturgis Public Schools*, 598 U.S. 142, 147–48 (2023). Counts I and II remain pending. Motion, *Doc. 4*, granted.

So Ordered.

*W.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

28 October 2025

-2-